## First Department, January, 1937.

(January 8, 1937.)

In the Matter of Chester William McNally, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of Abraham Sonne, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

(January 11, 1937.)

In the Matter of Stanley M. Lazarus, an Attorney.— Motion granted. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of Harry B. Sale, an Attorney.— Motion granted. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

(January 15, 1937.)

Katherine Spector and Sarah Spector, Appellants, v. News Syndicate Co., Inc., a Corporation Trading as "Daily News," and Ed. Sullivan, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of Seventh National Bank of New York, a Creditor, for an Order Fixing and Determining the Compensation of Messrs. Deiches, Greenebaum & Levy and Messrs. May & Jacobson for Legal Services Rendered in the Estate of Alfred Fantl, Deceased, under Section 231-a of the Surrogate's Court Act. Isaac N. Jacobson, as Sole Surviving Member of the Firm of May & Jacobson, and Eva H. Fantl, as Temporary Administratrix and Executrix of the Estate of Alfred Fantl, Deceased, Appellants, Respondents; Seventh National Bank of New York, Respondent, Appellant; Maurice Deiches, Milton Greenebaum and Milton Levy, Respondents.— Order so far as appealed from unanimously affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *Matter of Fantl, ante*, p. 392.]

In the Matter of the Application of Max Schecht for Leave to Apply for Admission to the Bar of the State of New York.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Car & General Insurance Corporation, Limited, and Louis Verdi, Respondents, v. Market Garage, Inc., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ. O'Malley, J., dissents and votes for affirmance.